Jahan C. Sagafi (SBN 224887)
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8837
Facsimile: (415) 638-8810
Email: Jsagafi@outtengolden.com

Jason Christopher Marsili (SBN 233980)
**ROSEN MARSILI RAPP LLP**
11150 West Olympic Boulevard, Suite 990
Los Angeles, CA 90064
Telephone: (213) 389-6050
Email: Jmarsili@rmrllp.com

*Attorneys for Plaintiff Anthony Reed,*
*on behalf of himself and all those similarly situated*

*(Additional Counsel Listed on Following Page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY REED, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BALFOUR BEATTY RAIL, INC.; BALFOUR BEATTY INFRASTRUCTURE, INC.; BALFOUR BEATTY CONSTRUCTION COMPANY INC.; BALFOUR BEATTY CONSTRUCTION LLC; AND BALFOUR BEATTY CONSTRUCTION GROUP, INC.,<br><br>Defendants. | Case No. 8:21-cv-01846-JLS-ADS<br><br>(Orange County Superior Court Case No. 30-2021-01216613-CU-OE-CXC)<br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT**<br><br>Date: June 16, 2023<br>Time: 10:30 a.m.<br>Ctrm: 8A<br>Judge: Assigned for All Purposes to the Honorable Josephine L. Staton<br><br>Action Filed: August 13, 2021 |

Ossai Miazad*
Christopher McNerney*
Julio Sharp-Wasserman*
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: omiazad@outtengolden.com
Email: cmcnerney@outtengolden.com
Email: Jsharp-wasserman@outtengolden.com
*admitted Pro Hac Vice

*Attorneys for Plaintiff Anthony Reed,*
*on behalf of himself and all those similarly situated*

1  PLEASE TAKE NOTICE that, on June 16, 2023 at 10:30 a.m., or as soon
2  thereafter as this matter may be heard in Courtroom 8A of the above-captioned
3  Court, located at First Street U.S. Courthouse, 350 West 1st St., Los Angeles, CA
4  90012, the Honorable Josephine L. Staton presiding, Plaintiff Anthony Reed will
5  move the Court to enter an order (1) granting final approval of the settlement; (2)
6  finally certifying the Settlement Class for settlement purposes only; (3)
7  incorporating the other terms of the Settlement Agreement; (4) approving
8  Plaintiff's requested attorneys' fees and costs; (5) approving the Service Award
9  requested for Plaintiff Anthony Reed; (6) entering the proposed order; and (7)
10 dismissing this action with prejudice.  This Motion is based upon the Notice of
11 Motion, the Memorandum of Points and Authorities, and the Declaration of
12 Christopher M. McNerney and exhibits attached thereto.  Defendants do not
13 oppose this Motion.

Dated:  May 25, 2023

By:  /s/ Jahan C. Sagafi

Jahan C. Sagafi (SBN 224887)
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email:  Jsagafi@outtengolden.com

Jason Christopher Marsili (SBN 233980)
**ROSEN MARSILI RAPP LLP**
11150 West Olympic Boulevard, Suite 990
Los Angeles, CA 90064
Telephone: (213) 389-6050
Email: Jmarsili@rmrllp.com

Ossai Miazad*
Christopher Mcnerney*
Julio Sharp-Wasserman*
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: omiazad@outtengolden.com
Email: cmcnerney@outtengolden.com
Email: Jsharp-wasserman@outtengolden.com
*admitted Pro Hac Vice

*Attorneys for Plaintiff Anthony Reed,
on behalf of himself and all those similarly
situated*