# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 21-01846-JLS (ADSx): | Date | June 16, 2023 |
|---|---|---|---|
| Title | Anthony Reed v. Balfour Beatty Rail, Inc., et al. | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Christopher M. McNerney | William J. Simmons |

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD [53]; PLAINTIFF'S MOTION IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT [55]**

The case is called and counsel state their appearance. The Court states its tentative ruling granting Plaintiff's Motion in Support of Final Approval of Settlement, and Plaintiff's Motion for Attorneys' Fees, Costs, and Service Award, and Service Awards. A written order will issue.

                                                                                    __:04

                                                                    Initials of Clerk: vrv