1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY REED, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BALFOUR BEATTY RAIL, INC.; BALFOUR BEATTY INFRASTRUCTURE, INC.; BALFOUR BEATTY CONSTRUCTION COMPANY INC.; BALFOUR BEATTY CONSTRUCTION LLC; AND BALFOUR BEATTY CONSTRUCTION GROUP, INC.,<br><br>Defendants. | Case No.  8:21-cv-01846-JLS-ADS<br><br>**FINAL JUDGMENT** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. **Definitions**. This Judgment incorporates by reference the definitions in the Settlement Agreement (the "Agreement") (Doc. 39-3), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Agreement.

2. **Jurisdiction**. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all members of the Settlement Class, and venue in this Court is proper.

3. **Dismissal with Prejudice.** Judgment is hereby entered with respect to the Released Named Plaintiff Claims and Released Settlement Class Claims, which are hereby dismissed in their entirety with prejudice and without costs. The releases as set forth in Section 10 of the Agreement together with the definitions in Sections 1(Z)-(BB) relating thereto are expressly incorporated herein in all respects and made effective by operation of this Judgment. The Court hereby approves the release provisions as contained and incorporated in Section 10 of the Agreement, including but not limited to the definitions of Released Settlement Class Claims, Released Named Plaintiff Claims, and Released Parties and the pursuit of any released claim is hereby barred. All claims in the Litigation are dismissed, and the case shall be closed. Nothing herein is intended to waive or prejudice the rights of Settlement Class Members who have timely excluded themselves from the Settlement Class. Nothing herein should be interpreted as an admission or finding of any liability of Defendants in this action; rather the Court notes that the Parties have expressly agreed to the contrary.

4. **Continuing Jurisdiction.** Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over the administration, consummation, enforcement, and interpretation of the Agreement and the Judgment.

5. **Entry of Final Judgment.** There is no just reason for delay in the entry of this Order and Final Judgment and immediate entry by the Clerk of the Court is hereby directed.

IT IS SO ORDERED.

DATED: July 7, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

3